UNITED STATES of America,

v.

Victor LORIANO, a/k/a Liriano–Alvedo Jose Morgan; Tony Moreno; Manuel Soto; Shorty, Appellant.

No. 91–3217.

United States Court of Appeals, District of Columbia Circuit.

July 13, 1993.

Before EDWARDS and WILLIAMS, Circuit Judges.

## ORDER

PER CURIAM.

It is Ordered, by the Court, on its own motion, that the order filed herein on July 13, 1993, be vacated. Upon consideration of appellant's petition for rehearing, the response thereto, the reply, and of the decision of the Supreme Court in *Sullivan v. Louisiana,* —— U.S. ——, 113 S.Ct. 2078, 124 L.Ed.2d 182 (1993), it is

Ordered, by the Court, that the petition is granted and the judgment of the court filed herein on February 12, 1993, 984 F.2d 1239 be, and the same hereby is, vacated insofar as it pertains to appellant in No. 91–3217.

The Clerk is directed to promptly issue the new judgment of the court. The Clerk is further directed to file this order *nunc pro tunc* July 13, 1993.

UNITED STATES of America,

v.

Victor LORIANO, a/k/a Liriano–Alvedo Jose Morgan; Tony Moreno; Manuel Soto; Shorty, Appellant.

No. 91–3217.

United States Court of Appeals, District of Columbia Circuit.

July 13, 1993.

Appeal from the United States District Court for the District of Columbia.

Before EDWARDS and WILLIAMS, Circuit Judges.

## JUDGMENT

PER CURIAM.

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. The matter is also before the court on appellant's petition for rehearing, the response thereto and the reply. On consideration of the foregoing, it is

ORDERED and ADJUDGED, by the Court, that the judgment of the District Court appealed from in this cause is hereby reversed.

The Clerk is directed to promptly issue the court's mandate.